No. 01–7662. MILLER-EL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. [Certiorari granted, 534 U. S. 1122.] Order granting petition for writ of certiorari amended to read as follows:

Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Did the Court of Appeals err in denying a certificate of appealability and in evaluating petitioner's claim under *Batson* v. *Kentucky,* 476 U. S. 79 (1986)?"